## 52228. GARTRELL v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of two counts of aggravated assault. The appeal is limited to the issue of the sufficiency of the evidence to warrant conviction. An examination of the transcript shows that the evidence authorized the conviction.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED JUNE 7, 1976 — DECIDED JUNE 11, 1976.

*Steven M. Friedberg,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.